**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-241-DCK**

| | | |
|---|---|---|
| **WENDY M. WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BREWER-HENDLEY OIL CO., LLC, f/k/a** | ) | |
| **BREWER-HENDLEY OIL CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Amy L. Cox Gruendel, filed a "Certification Of Mediation Session" (Document No. 12), notifying the Court that the parties had reached a settlement on August 3, 2023. The docket in this case indicates that the parties had a September 21, 2023 deadline to file a stipulation of dismissal. To date, no filing has been made.

  **IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or a joint Status Report, on or before **October 13, 2023**.

  **SO ORDERED**.

Signed: October 10, 2023

David C. Keesler
United States Magistrate Judge